**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ILEVU YAKUBOV,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, NISSAN NORTH AMERICA, INC.<br><br>　　　　　　　Defendants. | Civil Case No.: 1:24-cv-05328<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Ilevu Yakubov and Defendant Trans Union LLC ("Trans Union"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant Trans Union only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated:　September 20, 2024

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Moshe Boroosan*
　　　　　　　　　　　　　　　　　　　　　　　　Moshe Boroosan, Bar No. 5429915
　　　　　　　　　　　　　　　　　　　　　　　　CONSUMER ATTORNEYS
　　　　　　　　　　　　　　　　　　　　　　　　72-47 139th Street
　　　　　　　　　　　　　　　　　　　　　　　　Flushing, New York 11367
　　　　　　　　　　　　　　　　　　　　　　　　T: (718) 887-2926
　　　　　　　　　　　　　　　　　　　　　　　　F: (718) 715-1750
　　　　　　　　　　　　　　　　　　　　　　　　Email: mboroosan@consumerattorneys.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Ilevu Yakubov*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Emily Bonner*